No. 86–5184.   SCROGGINS v. IDAHO.   Sup. Ct. Idaho.   Certiorari denied.

No. 86–5235.   JOHNSON v. WHITE, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 86–5242.   VELLEFF v. NEVADA.   Sup. Ct. Nev.   Certiorari denied.

No. 86–5257.   CRAWFORD v. GEORGIA.   Sup. Ct. Ga.   Certiorari denied.

No. 86–5273.   VAUGHN v. CONNECTICUT.   Sup. Ct. Conn. Certiorari denied.

No. 86–5274.   BAGLEY v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 86–5276.   KELTON v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 86–5287.   FRY v. WISCONSIN.   Sup. Ct. Wis.   Certiorari denied.

No. 86–5289.   PLUMMER ET UX. v. PENNSYLVANIA DEPARTMENT OF PUBLIC ASSISTANCE ET AL.   C. A. 3d Cir.   Certiorari before judgment denied.

No. 86–5296.   OWENS v. MAGUIRE.   C. A. 3d Cir.   Certiorari denied.

No. 86–5320.   MILLER v. CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 86–5337.   ADKINS v. GREER, WARDEN, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 86–5341.   CARTER v. WISCONSIN.   Sup. Ct. Wis.   Certiorari denied.

No. 86–5364.   SANCHEZ v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 86–5365.   HEYMAN v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 86–5368.   MILLER v. NEUBERT, SUPERINTENDENT, LEESBURG STATE PRISON, ET AL.   C. A. 3d Cir.   Certiorari denied.